| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Sang Sook Kim | CHAPTER NO.:  13 |
| | CASE NO.: 6:10–bk–44172 |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
**Schedule B
Schedule C
Schedule D
Schedule E
Schedule F
Schedule A
Schedule G
Statement – Form 22C
Schedule H
Schedule I
Schedule J
Stmt. of Fin. Affairs
Chapter 13 Plan**


**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)    File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

         Chapter 13     1 Original and 1 Copy

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: <u>October 22, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Edwin Atienza</u>
    Deputy Clerk**

deforco – Revised 12/2009

**1 / AEG**

Content: